AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



### SUMMONS IN A CIVIL CASE

ANDREW STOUT

V.

BOLT ELECTRICAL LLC and GEOVANNI RODRIGUEZ (individually)

CASE NUMBER: 1:24-cv-04046

ASSIGNED JUDGE: Hon. John F. Kness

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

BOLT ELECTRICAL LLC
C/O REGISTERED AGENT
GEOVANNI RODRIGUEZ
2867 N AUGUSTA DR
WADSWORTH, IL 60083-8913

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Vanessa Miller*

(By) DEPUTY CLERK



May 21, 2024

DATE

## CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT　　　　　　　　　　　　Case #: 1:24-cv-0446
NORTHERN DISTRICT OF ILLINOIS

Andrew Stout　　　　　　　　　　　　　　　　　Plaintiff

vs.

Bolt Electrical LLC, et al　　　　　　　　　　　　Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

### Summons & Complaint

| | |
|---|---|
| PARTY SERVED: | BOLT ELECTRICAL LLC |
| PERSON SERVED: | GIOVANNI RODRIGUEZ, REGISTERED AGENT |
| METHOD OF SERVICE: | Corporate - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | 5/29/2024 at 9:40 AM |
| ADDRESS, CITY AND STATE: | 2867 N. AUGUSTA DR, WADSWORTH, IL 60083 |

Race: **Hispanic**　Sex: **Male**　Age: **39**
Height: **5'10"**　Weight: **185**　Hair: **Brown**　Glasses: **No**

PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 5/29/2024.

_Richard Gerber_
Registration No: 117-001119

CLIENT: R.O.S. Consulting, Inc.
FILE #:

Job #: **575336**